# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

In re:     :    Chapter 13

ANDREA GENRETTE,

          Debtor.

_____

ANDREA GENRETTE,

          Appellant,

    v.        :    C. A. No. 18-1883-MN

                     :    Bankruptcy Case No. 15-11738 (BLS)

BANK OF NEW YORK MELLON TRUST    :    BAP No. 1859
COMPANY,

          Appellee.    :

## <u>RECOMMENDATION</u>

At Wilmington this **12th** day of **December, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included review of the dockets of other matters filed in this court by Genrette, listed as appellant in this appeal, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

Genrette filed an action in this court on May 2, 2018 under the Fair Debt

Collection Act against Ocwen Loan Servicing LLC, Docket No. 18-669-GMS.  The next day, she filed a notice of voluntary dismissal.  Thereafter on June 12, 2018, Genrette filed a motion to reopen the case, and on June 14, 2018, she filed a letter requesting temporary withdrawal of her motion to reopen.  On July 2, 2018, Judge Sleet entered an order denying Genrette's motion to reopen.

On June 21, 2018, Genrette filed a notice of appeal from a Bankruptcy Court decision.  The docket number for this appeal is 18-920 -MN.  A teleconference occurred before this judge on August 13, 2018 to discuss whether the matter should remain in mandatory mediation or proceed through the appellate process.  On August 14, 2018, at D.I. 10, a Recommendation was entered that the appeal be withdrawn from mandatory mediation.  On August 22, 2018, Genrette filed objections to the Recommendation.  D.I. 11.  On August 29, 2018, Genrette filed a motion for Emergency Review and a supplement to her motion for Emergency Review was filed on August 30, 2018.  D.I. 13.  On August 30, 2018, Genrette's objections were overruled, her Emergency Motion was denied, and the Recommendation was adopted by Judge Sleet.  D.I. 16.  In addition, the parties were directed to submit a proposed briefing schedule by September 13, 2018.  The matter was reassigned to Judge Noreika on September 20, 2018.  Since that time, briefing has been completed on the appeal.

Regarding the present matter, Genrette is appealing the Order of the Bankruptcy Court denying the Motion to Approve Loan Modification filed by Appellee.  According to the Order, Genrette, the Debtor, objected to the relief requested in the Motion.  The Bankruptcy Court did not approve the mortgage modification which Genrette had opposed.  In her Motion to Appeal, Genrette appears to argue that the Bankruptcy Court

lacked jurisdiction to render a decision on the Motion to Approve Loan Modification, because of her pending appeal in 18-920 MN, which she claims is based on whether Appellee has standing to enforce the note.  Her Motion to Appeal requests a temporary stay with the monthly payments to the loan servicer (Ocwen Loan Servicing, LLC, servicer for Appellee) to continue.  Her requested relief appears to be in contradiction to her position taken before Judge Shannon.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  The parties have the option to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge